IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02376-WYD-BNB

ARNOLD CASEY, et al.,

Plaintiffs,

v.

K. B. HOME MORTGAGE and
COUNTRYWIDE HOME LOANS, INC.,

Defendants.

## ORDER Of DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation for Dismissal with Prejudice, filed September 14, 2007 (docket #42). Upon review of the Joint Stipulation for Dismissal with Prejudice, and the file herein, and being fully apprised in this matter, it is hereby

ORDERED that the motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

Dated: September 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge